# U.S. DISTRICT COURT

## OF ~~Delaware~~ MARYLAND

FILED ENTERED
LOGGED RECEIVED
JUN 24 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

Scott WALKER
PLAINTIFF | CASE NO. ______

V.

City of Rising Sun MD et al
DefendANT(S) | JURY TRIAL

Yes ✓ NO

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

CoRRect Venue UNDER 28 U.S.C. 1391

## THE PARTIES

1. Scott Walker PLAINTIFF CAN BE SERVED AT HRYCI, 1301 E. 12th St. Bx. 9561 Wilm. Del. 19809 #00096705

2. Defendant(s) CAN Be Served at City of RisiNG SUN, 1 Main St. RisiNG SuN, MD 21901; Cecil County Govt., 200 Chesapeake Blvd., ELKTON, MD 21921

# FACTS / CLAIMS

JURISDICTION: 42USC12101-04 ADA II

1. I was driving Charles Schiavo's car that I was renting on or about 8/15/25 outside the Town of Rising Sun around 7PM. A Town Cop stopped me - I thought - for no reason. The Rising Sun Cop said my tire touched the white dividing line on U.S. Rte. 1 "OK", I said, and after ordered to do so exited my car with the help of my cane. The same cop looked inside my car and came out with a small Bag of white Powder. He asked me if it was mine I said "NO, it's yours, you had it in your hand when you "searched" my car with the Delaware Tags.

The Cop cuffed me and Towed my car. He took me to Court in ELKTON. Then He took me to Cecil County Detention Center. I was released later after I Became ill after spending several days in a cell Naked with no Food or Toilet. I was hospitalized after that. I'm 75 and OBVIOUSLY DISABLED.

# FACTS CONTINUED

Defendants City of Rising Sun disproportionately target out of state cars for traffic tickets that are Superfalous and Barely reach threshold of probable cause (42 USC 1983) in violation of the 4th Amendment.

Rising Sun sells towed vehicles through its towing vendor AND Splits The Proceeds WITH That vendor (RICO)

Rising Sun disproportionately stops Black Male Drivers. Plaintiff is a Black Male.

Rising Sun disproportionately prosecutes elderly, Black, Disabled Drivers. Plaintiff is elderly Black disabled and male. Police Records Show this, Plaintiff claims

# Facts Continued

Rising Sun Black Population is almost zero as Town is well Known is Cecil County as a home of the Ku Klux Klan and white nationalist groups

Plaintiff was driving near Rising Sun to reach his home near Rising Sun: 334 W. Ridge Rd Nottingham, PA.

Case 1:26-cv-02530-SAG Document 1 Filed 06/24/26 Page 5 of 6

# CIVIL ACTION COVER SHEET

| PLAINTIFFS | DEFENDANT(S) |
| --- | --- |
| Scott Walker | City of Rising Sun, MD |
| New Castle County DE | Cecil County, MD. |

JURISDICTION: 42 USC 12101-04

CITIZENSHIP: Del. (Plaintiff) MD. (Defendants)

NATURE OF SUIT

(446) ADA

(440) OTHER

(470) RICO

ORIGINAL PLADING ✓ YES

CAUSE OF ACTION: 42 USC 12101-04; 42 USC 1983; DISABILITY DISCRIMINATION; HATE CRIME; illegal search; false arrest

REQUEST: Defendants to Be enjoined By this Court from defying U.S. Laws. MONEY DAMAJES; Permanent Injunction

6/20/26

Scott Walker

Scott Walker
Pro Se
Plaintiff

# INJURY

Cancer, Autoimmune Disease, Pneumonia, Coma Paralysis of Legs. Lost Income

# RELIEF

Defendants enjoined from violating Americans with Disabilities Act II and other U.S. Laws. Money Damages: $15,000,000 for each Defendant.

# CONCLUSION

I certify under Penalty of Perjury that this complaint is Not Brought to Harrass or Increase Cost of litigation, is supported By existing Law, has evidentiary support upon Discovery and otherwise comports with Federal Rule of Civil Procedure 11.

6/20/26

Scott Walker

Scott Walker
Pro Se
Plaintiff