IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Scott Walker
Plaintiff *

vs. * Civil Action No. SAG 26-cv-2530

City of Rising Sun MD *
Defendant *

******

ORDER

The Court issued a Deficiency Notice directing the Plaintiff to correct deficiencies in filing requirements. The Court also warned Plaintiff that failure to correct deficiencies may result in the complaint being dismissed without further notice. As Plaintiff has failed cure the deficiencies noted, it is on this _29th__ day of _____July______, 2026, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;
2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff; and
3. The Clerk SHALL CLOSE this case.

_7/29/2026________________________
Date

__________/s/__________________________
Stephanie A. Gallagher
United States District Judge